7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steven Andrew Miltenberger and Sondra Kay Miltenberger
*Debtor*

**Phillips 66 Company**
   Plaintiff(s)

v.

**Sondra Kay Miltenberger**
**Steven Andrew Miltenberger**
   Defendant(s)

*Bankruptcy Case No.*
14–20743–drd7

*Adversary Case No.*
14–02024–drd

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Dennis R. Dow, United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: The indebtedness owed by the Defendant Steven Miltenberger to the Plaintiff and referenced in the Plaintiffs Complaint to Determine the Dischargeability of Debt Under Section 523 of the Bankruptcy Code is dischargeable. Judgment shall be entered in favor of the Defendant.

Ann Thompson
Court Executive

By: /s/ Kim McClanahan
    Deputy Clerk



Date of issuance: 5/8/15

Court to serve